UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00100-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **RODRIQUES DANYALE BELTON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's Motion to Terminate Supervised Release (#29). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

Defendant pled guilty to crimes related to possession of a firearm by a felon and possession with intent to distribute cocaine. (#27) at 1. His sentence included three years of supervised release on each count to run concurrently. (#27) at 2. Relevant law provides discretion to a court to alter a term of supervised release. 18 U.S.C. § 3583(e)(1) ("The court <u>may</u>…terminate a term of supervised release…") (emphasis added). The court declines to exercise its discretion to alter the supervised release portion of defendant's sentence.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Terminate Supervised Release (#29) is **DENIED.** The sentence as detailed in the Judgment (#27)

1

remains unaltered.

Signed: June 2, 2017

Max O. Cogburn Jr
United States District Judge